United States Magistrate Court
Southern District of Texas
FILED

OCT 3 0 2007

March AAF
Michael N. Milby, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 0 2 2007

Michael N. Milby, Clerk
Laredo Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | DOCKET No. 5:07-MJ-532 |
| Ermilo Mena | § | |

### ORDER APPOINTING PUBLIC DEFENDER

Because the above named defendant has testified under oath or has otherwise satisfied this court that he or she is financially unable to employ counsel, and does not wish to waive counsel, and because the interest of justice so requires, the Federal Public Defender is hereby appointed to represent this person in the above designated case.

If appointment is made by a Magistrate Judge and the case subsequently proceeds to the United States District Court, the appointment shall remain in effect until terminated or a substitute attorney is appointed.

_____
ADRIANA ARCE-FLORES
United States Magistrate Judge

Date of order: March 30, 2007

CHARGE:   Title 8 & 6 United States Code, Section(s) 1326 Felony and 202, 557

/ic